IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Jessica Harris                                  :
5 Luddy Court, Building 5, Unit C               :
Parkville, MD 21234                             :
                                                :
       Plaintiff,                          :
                                                :
v.                                              :
                                                :   CASE NO.:
WASHINGTON METROPOLITAN                         :
AREA TRANSIT AUTHORITY                          :
600 5th Street, N.W.                            :
Washington, D.C. 20001                          :
                                                :
       Defendants                          :
                                                :

## NOTICE OF REMOVAL BY DEFENDANT
## WASHINGTON METROPOLITAN AREA TRANSIT AUTHORITY("WMATA")

To the Judges of the United States District Court for the District of Maryland:

1. On or about September 10, 2014, Plaintiff filed this action against WMATA, in the District Court of Maryland for Prince George's County, in the case titled Jessica Harris v. WMATA, et al No. 050200213462014.

2. Defendant WMATA was formally served in this action on November 7, 2014.

3. The Summons and Complaint filed by the Plaintiff are attached as Exhibit A. These documents constitute the only process, pleadings, or orders received by the Defendant in this case.

4. This is a civil action over which this Court has original jurisdiction, pursuant to MD. CODE ANN., Transportation Article, §10-204(81), which specifically grants original jurisdiction over suits against WMATA to the United States District Court.

5. WMATA is the only defendant in this case.

1

WHEREFORE, Defendant WMATA requests that the entire above-referenced action now pending in the District Court of Maryland for Prince George's County be removed to this Court.

Respectfully submitted,

WASHINGTON METROPOLITAN AREA
TRANSIT AUTHORITY

Kathryn H.S. Pett 18816
General Counsel

Kathleen A. Carey #10430
Chief Counsel - Torts

Brendan H. Chandonnet #18087
Assistant General Counsel
WMATA-COUN
600 Fifth Street, N.W.
Washington, D.C.  20001
(202) 962-2805
e-mail:  bchandonnet@wmata.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Removal was mailed, postage prepaid, this 4th day of December, 2014 on:

Jason Fernandez
Greenberg & Bederman LLC
1111 Bonifant Street
Silver Spring MD 209106

Attorney for Plaintiff

_____
Brendan H. Chandonnet