# DISTRICT COURT OF MARYLAND FOR Prince George's County

**LOCATED AT (COURT ADDRESS)**
14735 Main St.
Upper Marlboro, MD 20772

**CASE NO.**
CV

**COMPLAINT** ☐ $5,000 or under ☐ over $5,000 ☒ over $10,000
Clerk: Please docket this case in an action of ☐ contract ☒ tort ☐ replevin ☐ detinue ☐ bad faith insurance claim

The particulars of this case are:
See Attached

## PARTIES

**Plaintiff**
Jessica Harris
5 Luddy Court, Building 5, Unit C
Parkville, MD 21234

VS.

**Defendant(s):**
1. Washington Metropolitan Area Transit Authority
Serve: Carol O'Keefe
600 5th St. N.W., Room 8F
Washington, D.C. 20001

Serve by:
☐ Certified Mail
☒ Private Process
☐ Constable
☐ Sheriff

2.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

3.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

4.
Serve by:
☐ Certified Mail
☐ Private Process
☐ Constable
☐ Sheriff

(See Continuation Sheet)
☐ Legal
☐ Contractual _____ %

The Plaintiff claims:
☒ $ 30,000.00 plus interest of $_____ and attorney's fees of $_____ plus court costs.
☐ Return of the property and damages of $_____ for its detention in an action of replevin.
☐ Return of the property, or its value, plus damages of $_____ for its detention in action of detinue.
☐ Other;
and demands judgment for relief.

Signature of Plaintiff/Attorney/Attorney Code  9556
Signer's Address: 1111 Bonifant St.
Silver Spring, MD 20910
Signer's Telephone Number: _____
Signer's Facsimile Number, if any: _____
Signer's E-mail Address, if any: _____

## ATTORNEYS

For Plaintiff - Name, Address, Telephone Number & Code
Jason W. Fernandez, 9556
Greenberg & Bederman, LLC
1111 Bonifant St.
Silver Spring, MD 20910

## MILITARY SERVICE AFFIDAVIT

☐ Defendant(s) _____ is/are in the military service.
☐ No Defendant is in the military service. The facts supporting this statement are: _____

*Specific facts must be given for the Court to conclude that each Defendant who is a natural person is not in the military.*

☐ I am unable to determine whether or not any Defendant is in military service.
I hereby declare or affirm under the penalties of perjury that the facts and matters set forth in the aforegoing Affidavit are true and correct to the best of my knowledge, information, and belief.

_____     _____
Date                                             Signature of Affiant

## APPLICATION AND AFFIDAVIT IN SUPPORT OF JUDGMENT

Attached hereto are the indicated documents which contain sufficient detail as to liability and damage to apprise the Defendant clearly of the claim against the Defendant, including the amount of any interest claimed.
☐ Properly authenticated copy of any note, security agreement upon which claim is based ☐ Itemized statement of account ☐ Interest worksheet
☐ Vouchers ☐ Check ☐ Other written document ☐ _____ ☐ Verified itemized repair bill or estimate
I HEREBY CERTIFY: That I am the ☐ Plaintiff ☐ _____ of the Plaintiff herein and am competent to testify to the matters stated in this complaint, which are made on my personal knowledge; that there is justly due and owing by the Defendant to the Plaintiff the sum set forth in the Complaint.
I solemnly affirm under the penalties of perjury and upon personal knowledge that the contents of the above Complaint are true and I am competent to testify to these matters.

_____     _____
Date                                             Signature of Affiant

DC/CV 1 (front) (Rev. 11/2012)

## NOTICE TO DEFENDANT

### Before Trial

If you agree that you owe the Plaintiff the amount claimed, you may contact the Plaintiff (or Plaintiff's attorney) before the trial date to arrange payment. **If you wish to contest the claim,** you should notify the clerk's office by filing a Notice of Intent to Defend (located at the bottom of your summons). The case will be set for trial. If you wish to have your witnesses appear at trial, you should contact the clerk's office at least two weeks before the trial date to request subpoenas, and you should bring to court on the trial date any evidence you want the Court to consider. **If you do nothing, a judgment could be entered against you.**

### If Judgment is Entered Against You (If You Lose)

IF YOU <u>DISAGREE</u> WITH THE COURT'S RULING, you may:

1. APPEAL to the Circuit Court, by filing a Notice of Appeal in the District Court within **30 days** after the entry of judgment. You will have to pay a filing fee (see Guide to Appeal Fees - DCA 109A), unless the Court determines that you are indigent. If the amount of the claim, not counting court costs, interest, and attorney's fees, is:
   - **more than $5,000,** you will also have to order and pay for a transcript of the District Court trial record, by contacting the District Court clerk's office (see Transcripts & Recordings Brochure - DCA 27BR).
   - **$5,000 or less,** you will have a new trial in the Circuit Court.

   On your trial date you should bring with you any evidence that you want the Court to consider.

2. File a **MOTION FOR A NEW TRIAL** within **10 days** after the entry of judgment, stating your reasons clearly. If the Court denies your Motion, you may still file an appeal; if the Court grants your Motion, you must appear in the District Court for a new trial.
3. File a **MOTION TO ALTER OR AMEND THE JUDGMENT** within **10 days** after entry of judgment.
4. File a **MOTION TO REVISE OR VACATE THE JUDGMENT** within **30 days** after entry of judgment.

IF YOU DECIDE <u>NOT</u> TO APPEAL AND <u>NOT</u> TO FILE ONE OF THE ABOVE MOTIONS, you may contact the Plaintiff or Plaintiff's attorney to arrange to pay the amount owed. If you do not pay the amount owed, the Plaintiff or Plaintiff's attorney may initiate further proceedings to enforce the judgment, including:

1. **Interrogatories:** You must answer these written questions about your income and assets in writing under penalties of perjury.
2. **Oral Examination:** You must appear in court to testify in response to questions about your assets and income.
3. **Writ of Execution:** The Court may issue a writ requiring the sale or seizure of any of your possessions except, with some exceptions, property that is exempt from execution. The exemptions are explained in detail on the reverse side of the Writ of Execution form - DC/CV 40. Further, the Court could order you to pay additional expenses such as towing, moving, storage fees, advertising costs, and auctioneer's fees incurred in executing the writ.
4. **Garnishment of Property:** The Court may issue a writ ordering a bank or other agent to hold your assets until further court proceedings.
5. **Garnishment of Wages:** The Court may issue a writ ordering your employer to withhold a portion of your wages to pay your debt. The law provides certain exemptions from garnishment.

**If you have any questions, you should consult an attorney. The clerk of the Court is not permitted to give you legal advice. More information can be found in court brochures located in the clerk's office or online at: http://www.mdcourts.gov/district/public_brochures.html.**

### NOTICE TO PLAINTIFF

1. If the Court enters a judgment for a sum certain, you have the right to file for a lien on real property.
2. If you disagree with the outcome of the case, you have the same post-trial rights as the Defendant does: you may file an Appeal, a Motion for New Trial, a Motion to Alter or Amend the Judgment or a Motion to Revise or Vacate the Judgment. See above for further information concerning these rights.

DC/CV 1 (back) (Rev. 11/2012)

IN THE DISTRICT COURT OF MARYLAND FOR PRINCE GEORGE'S COUNTY

| | |
|---|---|
| JESSICA HARRIS )<br>)<br>    Plaintiff, )<br>)<br>v. )<br>)<br>WASHINGTON METROPOLITAN AREA )<br>    TRANSIT AUTHORITY )<br>    Serve: Carol O'Keefe )<br>    600 5th St. N.W., Room 8f )<br>    Washington, DC 20001 )<br>    Defendant. ) | CASE NO. _____ |

## STATEMENT OF CLAIM

COMES NOW the Plaintiff, Jessica Harris, by counsel, and moves for the relief stated herein on grounds set forth below:

## PARTIES

1. Plaintiff, Jessica Harris (hereinafter "the Plaintiff"), resides at 5 Luddy Court, Building 5, Unit C, Parkville, MD 21234..

2. Defendant, Washington Metropolitan Area Transit Authority (hereinafter referred to as "the Defendant"), is a District of Columbia entity that regularly conducts business in the State of Maryland. Its registered agent is Carol O'Keefe, General Counsel, 600 Fifth Street, N.W., Washington, D.C. 20001.

## COUNT I - NEGLIGENCE
(Defendant)

3. On March 22, 2014, The Defendant's Driver was operating a metro bus at or near the intersection of 14th Street NW and Harvard Street NW, City of Washington, District of Columbia.

4. The driver of the Defendant's bus was an employee of the Defendant and acting in the course of, and within the scope, of his employment for the Defendant.

5. At that time and place, the Defendant's bus operator was duty bound to operate the vehicle with reasonable care and prudence.

6. Notwithstanding this duty, and in breach thereof, the Defendant's driver operated the bus in a negligent manner and carelessly struck the vehicle operated by the Plaintiff, which was stopped against the curbside at the aforementioned location.

7. As a direct and proximate result of the Defendant's driver's negligence, and breach of duties, Plaintiff sustained severe and permanent bodily injuries and damages, has experienced and will continue to experience pain and suffering, has incurred and will continue to incur medical expenses, has been prevented and will continue to be prevented from engaging in normal social and recreational activities, and has suffered and will continue to suffer other damages.

8. As the Defendant's driver was Defendant's agent, servant and employee, the Defendant is vicariously liable for Defendant driver's negligence and Plaintiff's resulting injuries and damages.

WHEREFORE, Plaintiff, Jessica Harris, demands judgment, jointly and severally, against the Defendants, Washington Metropolitan Area Transit Authority, in the amount of THIRTY THOUSAND & 00/100 U.S. DOLLARS ($30,000.00), plus costs and interest.

Respectfully submitted,

Jason W. Fernandez, #9556
GREENBERG & BEDERMAN LLP
Attorneys for Plaintiff
1111 Bonifant St.
Silver Spring, MD 20910
t: (301) 589-2200
f: (301) 589-6706